UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tonya E. Bostic

        Plaintiff,                      Case No. 21-cv-10419

v.

                                            Paul D. Borman

Michael Andrews & Associates, LLC,     United States District Judge

        Defendants.

_____/

## ORDER REQUIRING PLAINTIFF TO OBTAIN LOCAL COUNSEL and TO REFILE THE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (ECF No. 14) IN ACCORDANCE WITH THIS COURT'S PRACTICE GUIDELINES

Plaintiff in this case is represented by attorney Mohammed O. Badwan, who, per a search of his bar identification number is a member of the Illinois bar whose address is identified as 2500 S. Highland Ave, Ste. 200, Lombard, Illinois.

This Court requires strict compliance with E.D. Mich. L.R. 83.20(f), which states that a party must obtain local counsel if the party is represented by counsel who is not a member of the State Bar of Michigan. *See* E.D. Mich. L.R. 83.20(f). Local counsel must enter a notice of appearance and attend all conferences and hearings in the case. *Id.* Specifically, Local Rule 83.20(f) states:

> **(f) Local Counsel.**
>
> **(1) General Requirement.** A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan

1

must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.
**(2) Appearances of Local Counsel.** Local counsel must attend each scheduled appearance on the case unless the court, on its own motion or on motion or request of a party, dispenses with the requirement.

E.D. Mich. L.R. 83.20(f).

Accordingly, Plaintiff is ORDERED to promptly obtain local counsel.

The Court also ORDERS the Plaintiff to correct and re-file her Response to the Defendant's Motion to Dismiss. (ECF No. 14.) The Response, as filed, is not in accordance with the practice guidelines of this Court, which require that "[a]ll filings, motions, responses and replies must contain a table of contents, table of authorities, and an index."

SO ORDERED.

Dated: June 10, 2021            s/Paul D. Borman
                                Paul D. Borman
                                United States District Judge