UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA E. BOSTIC,

          Plaintiff,

v.

MICHAEL ANDREWS &
ASSOCIATES, LLC,

          Defendant.

Case No. 21-cv-10419

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## JUDGMENT

For the reasons stated in the Opinion and Order issued this same day, it is **ORDERED AND ADJUDGED** that Defendant Michael Andrews & Associates, LLC's Motion to Dismiss Plaintiff Tonya E. Bostic's First Amended Complaint is **GRANTED**. This case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: 10-19-21

Paul D. Borman
United States District Judge